UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON

DAYMON WORLDWIDE, INC,

              Plaintiff,

vs.

SC JOHNSON & SON INC,

              Defendant.

C06-1322 MJB

**MINUTE ORDER**

The above referenced case has been initially assigned to the Honorable Monica J. Benton, United States Magistrate Judge, subject to the consent of the parties pursuant to 28 U.S.C. 636(c)(1)(C).

On September 18, 2006, notice of the parties rights with regard to consenting to the case being assigned to Magistrate Judge Benton for all purposes was filed by the Clerk of Court.  The parties were advised they had until October 30, 2006, to consent, if they wished.

In the interim, a Stipulation and Proposed Order Extending Due Date for Initial Pleading has been filed.   Accordingly, pending dates are adjusted as follows:

1  Consent to Assignment to Magistrate Judge Benton . . . . . . . . . . . . . . September 28, 2006

2  Pending Motion Stipulation and Proposed Order Extending Due Date for Initial Pleading

3  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . September 29, 2006

4

5       In the event the parties (or any party) choose not to consent, the case will be

6  reassigned to a District Judge immediately.

7

8

9                                           Dated this 22nd day of September, 2006

10

11                                           Bruce Rifkin
                                          Clerk of Court

12

13                                        by:  /s/   PETER H. VOELKER
                                                    Peter H. Voelker, Deputy Clerk

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28