UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON

DAYMON WORLDWIDE, INC.,

    Plaintiff,

vs.

SC JOHNSON & SON, INC.,

    Defendant.

C06-1322 JCC

# MINUTE ORDER

# REASSIGNING CASE

    Pursuant to the Amended General Order entered by the Chief Judge on November 3, 2004, this action has been reassigned to the Honorable John C. Coughenour, United States District Judge.

    All future documents filed in this case must bear the cause number C06-1322 JCC and bear the Judge's name in the upper right hand corner of the document.

Dated this 25th day of September, 2006

BRUCE RIFKIN
Clerk of Court

by: /s/   PETER H. VOELKER
    Peter H. Voelker, Deputy Clerk